KENNETH SULZER (SBN 120253)
ksulzer@constangy.com
STEVEN KATZ (SBN 139078)
skatz@constangy.com
SARAH KROLL-ROSENBAUM (SBN 272358)
skroll-rosenbaum@constangy.com
CONSTANGY, BROOKS, SMITH & PROPHETE, LLP
1800 Century Park East, 6th Floor
Los Angeles, CA  90067
Telephone:  310.909.7775
Facsimile:   424.276.7410

Attorneys for Defendants
AMN HEALTHCARE, INC. and
KAISER FOUNDATION HOSPITALS (improperly
named herein as "Kaiser Permanente International")

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVETTE OSUEGBU, individually and on behalf of all others similarly situated, and as a proxy of the State of California on behalf of aggrieved employees,<br>     Plaintiffs,<br><br>vs.<br><br>AMN HEALTHCARE, INC. and KAISER PERMANENTE INTERNATIONAL, and DOES 1-50,<br>     Defendants. | Case No. 3:16-cv-02816 JCS<br><br>**STIPULATION FOR 30 DAY EXTENSION FOR DEFENDANT KAISER PERMANENTE INTERNATIONAL TO RESPOND TO THE COMPLAINT**<br><br>**HON. JOSEPH C. SPERO** |

IT IS HEREBY STIPULATED between counsel for Plaintiff Evette Osuegbu and counsel

for Defendant KAISER FOUNDATION HOSPITALS (improperly identified as KAISER

PERMANENTE INTERNATIONAL) ("Kaiser") (collectively "the Parties"), pursuant to Local

Rule 6-1(a),

WHEREAS, Kaiser was served with the Summons and Complaint on May 25, 2016;

WHEREAS, Kaiser's response to the Complaint is due on June 15, 2016 (i.e. 21 days after

1 | service of the Complaint);

2 |      WHEREAS, the Parties agree that Kaiser shall have a thirty (30) day extension to respond

3 | to the Complaint, which shall be due on or before July 15, 2016; and

4 |      WHEREAS, the Parties agree that this extension is not intended to be construed as the

5 | waiver of any right that Plaintiff may have to seek remand of the action to California Superior

6 | Court.

7 |      IT IS SO STIPULATED BY,

8 | DATED: June 14, 2016       /s/ Joshua Konecky

Joshua Konecky (SBN 182897)
Nathan Piller (SBN 300569)
SCHNEIDER WALLACE COTTRELL
KONECKY WOTKYNS LLP
2000 Powell Street, Suite 1400
Emeryville, CA 94608
Telephone: (415) 421-7100
Facsimile: (415) 421-7105
jkonecky@schneiderwallace.com
npiller@schneiderwallace.com

Attorneys for Plaintiff Evette Osuegbu

DATED: June 14, 2016       /s/ Sarah Kroll-Rosenbaum

Kenneth D. Sulzer (SBN 120253)
Steven Katz (SBN 139078)
Sarah Kroll-Rosenbaum (SBN 272358)
CONSTANGY, BROOKS, SMITH &
PROPHETE, LLP
1800 Century Park East, 6th Floor
Los Angeles, CA 90067
Telephone: (310) 909-7775
ksulzer@constangy.com
skatz@constangy.com
skroll-rosenbaum@constangy.com

Attorneys for Defendants AMN Healthcare, Inc.
and Kaiser Foundation Hospitals

3958789v.3

Dated: 6/20/16

IT IS SO ORDERED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -
STIPULATION FOR 30 DAY EXTENSION OF TIME FOR DEFENDANT KAISER
PERMANENTE INTERNATIONAL TO RESPOND TO THE COMPLAINT
Case No. 3:16-CV-02816 JCS