UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT SHAW, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>AMN HEALTHCARE, INC., et al.,<br><br>    Defendants. | Case No. 16-cv-02816-JCS<br><br>**ORDER TO SHOW CAUSE WHY ADMINISTRATIVE MOTION TO SEAL SHOULD NOT BE DENIED**<br><br>Re: Dkt. No. 106 |

On February 8, 2018, Plaintiff filed an administrative motion to file under seal documents produced by a third party, Bartz Consulting, LLC ("Bartz"), that have been designated by AMN Healthcare, Inc. ("AMN") as confidential under the stipulated protective order in this case. Pursuant to Civil Local Rule 79-5(e), "[w]ithin 4 days of the filing of the Administrative Motion to File Under Seal, the Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that all of the designated material is sealable." No declaration has been filed and the declaration of the designating party is now overdue. Therefore, Defendant AMN is ORDERED TO SHOW CAUSE why the motion to seal should not be denied. AMN may file a response and supporting declaration establishing that the material is confidential no later than **Thursday, February 22, 2018**. Alternatively, if AMN does not seek to maintain the confidentiality of the documents, it shall file a response by the same date stipulating to the removal of the "Confidential" designation.

**IT IS SO ORDERED.**

Dated: February 20, 2018

JOSEPH C. SPERO
Chief Magistrate Judge